**IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF GEORGIA AUGUSTA DIVISION**

| | | |
|---|---|---|
| JESSICA MCKINNEY, | * | |
| Plaintiff, | * | |
| v. | * | CV 126-141 |
| TRANS UNION LLC and CAPITAL ONE, N.A. d/b/a CAPITAL ONE AUTO FINANCE, | * | |
| Defendants. | * | |

**O R D E R**

Before the Court is Plaintiff's notice of voluntary dismissal with prejudice as to Defendant Trans Union LLC. (Doc. 20.)

"Rule 41(a) allows a district court to dismiss all claims against *a particular defendant*." City of Jacksonville v. Jacksonville Hosp. Holdings, L.P., 82 F.4th 1031, 1036 (11th Cir. 2023) (citations omitted); see also Jackson v. Equifax Info. Servs., LLC, No. CV 119-096, 2020 WL 476698, at *1-2 (S.D. Ga. Jan. 29, 2020) (noting that dismissal against less than all parties is permissible under Rule 41). Under Rule 41(a)(1)(A)(i), "the plaintiff may dismiss an action without a court order by filing . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment[.]" Fed. R. Civ. P. 41(a)(1)(A)(i).[1] Defendant Trans Union has not filed an answer or

[1] Unlike a dismissal under Rule 41(a)(1)(A)(ii), a stipulation of dismissal under this subsection does not require signatures by all parties that have appeared. Compare Fed. R. Civ. P. 41(a)(1)(A)(i), with Fed. R. Civ. P. 41(a)(1)(A)(ii). See also City of Jacksonville, 82 F.4th at 1036 (contrasting

motion for summary judgment. Thus, the Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(i).

**IT IS THEREFORE ORDERED** that Plaintiff's notice of voluntary dismissal (Doc. 20) is **GRANTED.** This matter is **DISMISSED WITH PREJUDICE** as to Trans Union LLC. The Clerk is **DIRECTED** to **TERMINATE** Trans Union LLC as a Party to this action. Each Party shall bear its own costs and fees unless otherwise agreed.

**ORDER ENTERED** at Augusta, Georgia, this 21st day of October, 2026.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

the phrase "opposing party" in Rule 41(a)(1)(A)(i) with "all parties" in Rule 41(a)(1)(A)(ii)).